ISAAC N. COLEMAN v. THE COMMON COUNCIL OF THE CITY
OF CADILLAC.

*Common council—Health officer—Salary.*

Under the charter of Cadillac the city council has the power to fix the
salary of the health officer, and the board of health cannot bind the
council by assuming to fix it, instead. Act 178 of 1873.

MANDAMUS to compel respondent to pay to relator the
sum of $27.50 alleged to be due and unpaid as part of his
salary as health officer of Cadillac. Relator's petition
alleges that he had been appointed by the board of health
which had fixed his salary at five dollars a week; that he
had presented his quarterly bill for $65 · and that the board
had allowed it; that he had then presented it to the city
council which had referred it to its finance committee; that
the committee had reported in favor of allowing the bill at
$37.50, and that this amount had been paid him. The
respondent answers that there is no regularly constituted
board of health for the city, and that the board claiming to
act had no authority to appoint a health officer; that the
council had fixed the health officer's salary at $150 per
annum, under the authority vested in it by the city charter
—Act 178 of 1873—and had moreover appointed another
person to hold the office; but they admit that they had
allowed relator's bill at the sum alleged. Motion submitted
October 17. Denied October 18.

*Sawyer & Bishop* for relator.

*McIntyre & Rice* for respondent.

PER CURIAM. The Court think that the statute bearing
on the question will hardly warrant the view that the board
of health were empowered to definitely fix the compensa-
tion of the health officer so as to bind the council to the result.

The better construction seems to be that the power is
vested in the council.

The writ is therefore denied with costs against the relator.